## PLINY FREEMAN VS. WILLIAM KING.

Where Defendant swore to *seventy-eight* witnesses, to change the venue in an action of assumpsit, without stating any reason or cause why so many were necessary for him—being the usual affidavit, and Plaintiff swore to *three* to retain the venue: the motion was denied, on the ground that no excuse was given why so many witnesses were necessary for Defendant, in such an action. See 2 Howard, 130.

*December Special Term,* 1846. *Motion by defendant to change venue, from the city and county of New York, to the county of Lewis.*—This was an action of assumpsit upon a promissory note; venue laid in the city and county of New York.

Defendant moved on the usual formal affidavit with *seventy-eight* witnesses as material to his defence, residing in Lewis county.

Plaintiff's affidavit stated that he believed the number of witnesses stated by Defendant to be material for his defence, was a fraud upon the court, and upon the Plaintiff—and that if the motion was not denied on Defendant's own papers, he should be required to disclose the cause and reason of the materiality of the witnesses. Plaintiff swore to *three* witnesses residing in New York, as being material and necessary for him on the trial of the cause.

P. CAGGER, *Defts Counsel.*    E. & W. COLLINS, *Defts Attys.*

G. R. J. BOWDOIN, *Plffs Counsel.*    O. BUSHNELL, *Plffs Atty.*

JEWETT, Justice.—Denied the motion, on the ground that no excuse was given why seventy-eight witnesses were necessary to the defence of an action on a promissory note.